05-01-00825-CR

Richard Taylor
Telford Unit
816002
3899 State Hwy 98
New Boston, Tx 75570

August 30, 2015

Clerk of the Court
600 Commerce Street
Dallas, Tx 75202-4658

Re: Luis A. Banda vs. The State of Texas
    TC# F00-72692-FQ; in the 204th District Court of Dallas
    County, Texas; Hon. Mark Nancarrow presiding; 60 years
    for the offense of murder in 2001.

Dear Clerk:

    Would you please forward me the appellate number for this case.
I could not locate it on your website. I am needing a docket sheet,
and I will need your number to pull up the case.

    As always, I greatly appreciate your kind assistance.

    With kindest regards, I am

                                    Very truly yours,

                                    Richard Taylor

P.S.    Will I be able to
        print off the opinion
        from this case on the
        court website?

RECEIVED IN
COURT OF APPEALS, 5th DIST.

SEP 03 2015

LISA MATZ
CLERK, 5th DISTRICT

SHREVEPORT LA 710

01 SEP 2015 PM 1 L

81601 Richard Taylor
Telford, 3899 St. Hwy 98
New Boston, TX. 75570

Fifth Court of Appeals
Clerk of the Court
600 Commerce St.
Dallas, TX. 75202-4658